259 So.2d 915

**Virginia M. LeCOMPTE**

**v.**

**Freddie SOILEAU et al.**

No. 52290.

April 6, 1972.

... On the facts found by the Court of Appeal, the result is correct.

■

259 So.2d 915

**Ivan J. ALLEMAN, Individually and for and on Behalf of his minor son, Patrick Alleman**

**v.**

**SENTRY INSURANCE COMPANY et al.**

No. 52292.

April 6, 1972.

... No error of law in the judgment.